# EXHIBIT A

## Local Patent Rule 11: Joint Claim Terms Chart
*Chewy, Inc. v. International Business Machines Corporation*, Case No. 1:21-CV-01319-JSR

**Agreed-Upon Claim Terms or Phrases:**

### U.S. Patent No. 7,072,849

| Claim Term(s) or Phrase(s) | Agreed Construction(s) |
|---|---|
| "object(s)" (claims 1, 2, 3, 13, 14,15,16) | data structure(s) |
| "application(s)" (claims 1, 4, 7, 8, 13, 14, 17, 20) | information events composed of a sequence of one or more pages opened at a screen |
| "computer network" / "the network" (claims 1, 2, 8, 9, 12, 13, 14, 15, 21, 25) | two or more interconnected computers |
| "structuring advertising in a manner compatible to that of the applications so that it may be presented" (claims 1, 14) | formatting advertising for potential use with a plurality of applications |
| "structuring the advertising objects in a manner compatible to that of the applications so that it may be presented" (claim 13) | formatting the advertising objects for potential use with a plurality of applications |
| "at a second portion of one or more screens of display concurrently with applications" (claims 1, 13) | at a second area of one or more screens of display concurrently with applications |
| "advertising data" (claims 1, 8, 9, 12, 14, 21, 22, 25) | data whose subject matter is selected to concern advertising |
| "structuring applications so that they may be presented … at a first portion of one or more screens of display" (claims 1, 13) | formatting applications so that they may be presented . . . at a first area of one or more screens of display |
| "structuring applications so that a user requested application may be presented, through the network, at a first portion of one or more screens of display" (claim 14) | formatting applications so that a user requested application may be presented, through the network, at a first area of one or more screens of display |

1

**Disputed Claim Terms or Phrases:**

**U.S. Patent No. 7,072,849**

| Disputed Claim Term(s) or Phrase(s) | Chewy's Proposed Construction(s) | IBM's Proposed Construction(s) | Cross References |
|---|---|---|---|
| "selectively storing advertising objects at a store established at the reception system" (claims 1, 13, 14) | pre-fetching advertising objects and storing at a store established at the reception system in anticipation of display concurrently with the applications | storing advertising objects according to a predetermined storage criterion at a store established at the reception system | **Infringement Contentions:** Ex. A, pp. 29-36, 66, 67-68; Ex. B, pp. 27-41, 79, 81.<br><br>**Invalidity Contentions:** Ex. A-1, pp. 42-63, 156-157; Ex. A-2, pp. 44-66, 159-160; Ex. A-3, pp. 44-65, 160-161; Ex. A-4, pp. 43-65, 158, 160; Ex. A-5, pp. 41-63, 154, 156; Ex. A-6, pp. 42-63, 154-156; Ex. A-7, pp. 3, 7, 9. |
| "structuring advertising so that it may be selectively supplied to and retrieved at the reception systems for presentation" (claim 8) | formatting advertising for potential supply to and retrieval by the reception systems for presentation | formatting advertising in a manner comparable to that of applications, and so that it may be selectively supplied to and retrieved at the reception systems, to enable the advertising to be presented | **Infringement Contentions:** Ex. A, pp. 51-59; Ex. B, pp. 58-69.<br><br>**Invalidity Contentions:** Ex. A-1, pp. 136-151; Ex. A-2, pp. 139-154; Ex. A-3, pp. 139-154; Ex. A-4, pp. 138-154; Ex. A-5, pp. 137-152; Ex. A-6, pp. 136-152; Ex. A-7, p. 5. |

| | | | |
|---|---|---|---|
| "structuring advertising separately from the applications so that the advertising may be selectively supplied, through the network, to and retrieved at the reception systems for presentation" (claim 21) | formatting advertising separately from the applications for potential supply, through the network, to and retrieval by the reception systems for presentation | formatting advertising in a manner comparable to that of applications to enable the applications to be presented at a first portion of a display and the advertising to be presented concurrently at a second portion of a display and so that it may be selectively supplied to, through the network, and retrieved at the reception systems | **Infringement Contentions:** Ex. A, pp. 70-71; Ex. B, p. 84.<br><br>**Invalidity Contentions:** Ex. A-1, p. 160; Ex. A-2, p. 163; Ex. A-3, p. 164; Ex. A-4, p. 162; Ex. A-5, pp. 158-159; Ex. A-6, p. 158; Ex. A-7, pp. 11-12. |
| "advertising object(s)" (claims 1, 2, 3, 13, 14, 15, 16) | data structure(s) whose subject matter concerns advertising | objects that (1) contain display data to be presented at screen partitions and (2) whose subject matter is selected to concern advertising | **Infringement Contentions:** Ex. A, pp. 29-42, 65-68; Ex. B, pp. 27-46, 79, 81-82.<br><br>**Invalidity Contentions:** Ex. A-1, pp. 42-91, 156-158; Ex. A-2, pp. 44-93, 159-161; Ex. A-3, pp. 44-93, 160-162; Ex. A-4, pp. 43-93, 158-160; Ex. A-5, pp. 41-91, 154-156; Ex. A-6, pp. 42-91, 154-156; Ex. A-7, pp. 2-3, 7-9. |
| "characterization(s)" (claims 3, 4, 5, 6, 7, 8, 16, 17, 18, 19, 20, 21) | data indicative of a user characteristic, such as demographics, geography, or usage history | targeting criteria for users as defined by interaction history with the service and such other information as user demographics and locale | **Infringement Contentions:** Ex. A, pp. 39-47, 49-59, 68-71; Ex. B, pp. 41-54, 56-69, 81-83, 84.<br><br>**Invalidity Contentions:** Ex. A-1, pp. 83-121, 129- |

3

| | | | 151, 158-160; Ex. A-2, pp. 85-124, 131-154, 161-163; Ex. A-3, pp. 86-124, 131-154, 162-164; Ex. A-4, pp. 85-123, 131-154, 160-162; Ex. A-5, pp. 83-122, 129-152, 156-159; Ex. A-6, pp. 83-121, 129-152, 156-158; Ex. A-7, pp. 3-5, 9-12. |
|---|---|---|---|

**U.S. Patent No. 9,569,414**

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| "the method performed by a processor" (claim 1) | each step of the method is performed by a single processor | [no construction necessary] | **Infringement Contentions:** Ex. C, pp. 1-11.<br><br>**Invalidity Contentions:** Ex. B-1, pp. 2-6; Ex. B-2, pp. 1-2; Ex. B-3, pp. 1-3; Ex. B-4, pp. 1-5. |
| "requesting a set of JavaScript objects and a set of JavaScript functions in a single Hypertext Transfer Protocol (HTTP) request" (claim 1) | transmitting only one HTTP request to retrieve both the set of JavaScript objects and the set of JavaScript functions | [no construction necessary] | **Infringement Contentions:** Ex. C, pp. 11-19.<br><br>**Invalidity Contentions:** Ex. B-1, pp. 6-15; Ex. B-2, pp. 2-7; Ex. B-3, pp. 3-6; Ex. B-4, pp. 5-11. |
| "formatting the set of JavaScript objects using the set of JavaScript functions as a parameter" (claim 1) | indefinite | formatting the set of JavaScript objects, using the set of JavaScript functions, as a parameter | **Infringement Contentions:** Ex. C, pp. 27-31. |

4

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| | | | **Invalidity Contentions:** Ex. B-1, p. 28; Ex. B-2, pp. 20-25; Ex. B-3, pp. 10-16; Ex. B-4, pp. 12-21. |
| "data conglomeration engine" (claim 3) | program which receives an HTTP request and obtains the JavaScript functions and JavaScript objects | program that acts as a controller that breaks down incoming requests, translates the requested methods and parameters to combine data elements from different data sources into a single data content | **Infringement Contentions:** Ex. C, pp. 48-50. **Invalidity Contentions:** Ex. B-1, p. 30; Ex. B-2, p. 34; Ex. B-3, p. 22; Ex. B-4, pp. 26-29. |

**U.S. Patent No. 7,076,443**

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| "associated advertisement" (claim 1) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 1-10, 14-41; Ex. E., pp. 1-6, 9-17. **Invalidity Contentions:** Ex. C-1, pp. 3-11; Ex. C-2, pp. 3-11; Ex. C-3, pp. 3-4, 8-15; Ex. C-4, pp. 3-7; Ex. C-5, pp. 3-8; Ex. C-6, pp. 3, 6-11; Ex. C-7; pp. 3-7. |

5

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| "Internet search" (claim 1) | search through an Internet search engine, e.g. google.com or yahoo.com | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 1-14; Ex. E, pp. 1-9.<br><br>**Invalidity Contentions:** Ex. C-1, pp. 3-4; Ex. C-2, pp. 3-5; Ex. C-3, pp. 3-8; Ex. C-4, pp. 3-4; Ex. C-5, p. 3; Ex. C-6, pp. 3-5; Ex. C-7; pp. 3-4. |
| "correlating said at least one associated advertisement with said at least one search result item" (claim 1) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 30-41; Ex. E, pp. 15-17.<br><br>**Invalidity Contentions:** Ex. C-1, p. 11; Ex. C-2, pp. 8-11; Ex. C-3, pp. 12-15; Ex. C-4, pp. 6-7; Ex. C-5, p. 8; Ex. C-6, pp. 10-11; Ex. C-7; pp. 6-7. |
| "providing said at least one associated advertisement on demand by said user" / "on demand by said user" (claim 2) | indefinite | "on demand by said user": <br><br>upon the user selecting a graphical user interface to investigate related advertisements | **Infringement Contentions:** Ex. D, pp. 41-42; Ex. E, pp. 18-22.<br><br>**Invalidity Contentions:** Ex. C-1, p. 12; Ex. C-2, pp. 11-12; Ex. C-3, pp. 15-16; Ex. C-4, pp. 8; Ex. C-5, p. 8; Ex. C-6, pp. 11-13; Ex. C-7; pp. 7. |

6

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| "said graphical user interface comprises a product icon" (claims 8, 18) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 67-68, 143-144; Ex. E, pp. 45-46, 87-89.<br><br>**Invalidity Contentions:** Ex. C-1, p. 17-18, 39,40; Ex. C-2, pp. 15-16, 40-41; Ex. C-3, pp. 21-22, 45; Ex. C-4, pp. 12, 19-20; Ex. C-5, p. 12-13, 25-26; Ex. C-6, pp. 20-21, 43; Ex. C-7; pp. 11, 23-24. |
| "related product advertisement(s)" (claims 9, 17) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 68-71, 140-143; Ex. E, pp. 46-49, 84-87.<br><br>**Invalidity Contentions:** Ex. C-1, p. 19-20, 38-39; Ex. C-2, pp. 16, 40; Ex. C-3, pp. 22, 44; Ex. C-4, pp. 12-13, 19; Ex. C-5, p. 13, 25; Ex. C-6, pp. 21, 17; Ex. C-7; pp. 12-13, 23. |
| "a user identifier" / "assigning a user identifier" / "an identifier for said user" (claim 10, 16) | indefinite | "user identifier": session value that is used to associate user queries to search result item selections | **Infringement Contentions:** Ex. D, pp. 71-77, 139-140; Ex. E, pp. 49-55, 82-84.<br><br>**Invalidity Contentions:** Ex. C-1, p. 20-22; Ex. C-2, pp. 16-19; Ex. C-3, pp. 22-24; |

7

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| | | | Ex. C-4, p. 13; Ex. C-5, p. 13-15; Ex. C-6, pp. 22; Ex. C-7; pp. 13-14. |
| "matching said search result items to said related advertisements" (claim 15) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 102-109; Ex. E, pp. 69-72.<br><br>**Invalidity Contentions:** Ex. C-1, p. 25-31; Ex. C-2, pp. 26-30; Ex. C-3, pp. 27-30; Ex. C-4, p. 17; Ex. C-5, p. 17-22; Ex. C-6, pp. 31-34; Ex. C-7; pp. 18-20. |
| "related advertisement(s)" (claims 15, 19, 20) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. D, pp. 95-117, 120-139, 144-149; Ex. E, pp. 64-76, 77-82, 89-92.<br><br>**Invalidity Contentions:** Ex. C-1, p. 24-35, 41; Ex. C-2, pp. 25-39, 41-43; Ex. C-3, pp. 27-44, 45-46; Ex. C-4, p. 16-18, 20-21; Ex. C-5, p. 17-23, 27; Ex. C-6, pp. 30-42, 44; Ex. C-7; pp. 17-22, 24. |

**U.S. Patent No. 6,704,034**

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM's Proposed Constructions | Cross References |
|---|---|---|---|
| "object type(s)" (claims 1, 2, 29, 30, 51) | type(s) of object(s) (e.g., a graphic object, image object, video object, text object, or audio object) | [no construction necessary] | **Infringement Contentions:** Ex. F, pp. 5-6, 11, 16-17, 33, 40, 124-125, 152-153, 161-162<br><br>**Invalidity Contentions:** D-1, pp. 3-14, 50-61, 97-107; D-2, pp. 5-13, 45-55, 88-96; D-3, pp. 8-28, 94-120, 186-209; D-4, pp. 4-13, 43-54, 85-96. |
| "context(s)" (claims 11, 16, 17, 18, 20, 22, 39, 44, 45, 46, 48, 50, 52) | object information type(s) (e.g., textual information, graphic information, image information, video information, or audio information) | way(s) in which information is being presented in a data processing system | **Infringement Contentions:** Ex. F, pp. 58-59, 63, 67-68, 76, 78, 82, 88, 91-92, 98-99, 108, 116, 123, 132-134, 140-142, 147-149, 178-179, 183, 187-188, 195-196<br><br>**Invalidity Contentions:** D-1, pp. 29-46, 47-49, 75-92, 94-96, 109-117; D-2, pp. 28-45, 63-84, 96-105; D-3, pp. 53-84, 91-94, 135-176, 183-186, 210-237; D-4, pp. 23-43, 61-85, 96-107. |
| "magnifying the information is performed selectively such that | indefinite | [no construction necessary] | **Infringement Contentions:** |

| | | | |
|---|---|---|---|
| only a selected context is magnified" (claims 20, 48) | | | Ex. F, pp. 108, 116, 147-148<br><br>**Invalidity Contentions:** D-1, pp. 47-48, 94-95; D-2, pp. 42-45, 81-84; D-3, pp. 91-92, 183-184; D-4, pp. 41-42, 83-84. |
| "monitoring means for monitoring for a change in focus on the information from a first portion of the information to a second portion of the information" (claim 39) | <u>Function</u>: monitoring for a change in focus on the information from a first portion of the information to a second portion of the information<br><br><u>Structure</u>: no corresponding structure (indefinite) | <u>Function</u>: monitoring for a change in focus on the information from a first portion of the information to a second portion of the information<br><br><u>Structure</u>: a computer system with program code for waiting for pointer movement and detecting pointer movement over a different location<br><br>*See* Fig. 5 and accompanying text. | **Infringement Contentions:** Ex. F, pp. 131-132<br><br>**Invalidity Contentions:** D-1, pp. 74-75; D-2, pp. 66-67; D-3, pp. 141-144; D-4, pp. 63-65. |
| "identifying means . . . for identifying an object type for the object" (claim 29) | <u>Function</u>: identifying an object type for the object<br><br><u>Structure</u>: no corresponding structure (indefinite) | <u>Function</u>: identifying an object type for the object<br><br><u>Structure</u>: a computer system with program code for detecting pointer movement over a new object to magnify | **Infringement Contentions:** Ex. F, pp. 124-125<br><br>**Invalidity Contentions:** D-1, pp. 50-59; D-2, pp. 49-51; D-3, pp. 100-112; D-4, pp. 45-51. |

| | | and determining the object type of the object<br><br>*See* Fig. 6 and accompanying text. | |
|---|---|---|---|
| "identifying means for identifying a context of the second portion of the information second" (claim 39) | <u>Function</u>: identifying a context of the second portion of the information<br><br><u>Structure</u>: no corresponding structure (indefinite) | <u>Function</u>: identifying a context of the second portion of the information<br><br><u>Structure</u>: a computer system with program code for detecting pointer movement over a new portion of information to magnify and determining the context of the portion of information<br><br>*See* Fig. 6 and accompanying text. | **Infringement Contentions:** Ex. F, pp. 132<br><br>**Invalidity Contentions:** D-1, pp. 75-81; D-2, pp. 68-69; D-3, pp. 145-157; D-4, pp. 65-70. |
| "magnifying means for magnifying presentation of the object based on the object type of the object" (claim 29) | <u>Function</u>: magnifying presentation of the object based on the object type of the object<br><br><u>Structure</u>: the magnification processes described in the '034 patent, including: magnifying text by changing font size, as described at 8:4-25 & Fig. 7 (steps 704-712); magnifying an image by presenting a larger version of the image in a window | <u>Function</u>: magnifying presentation of the object based on the object type of the object<br><br><u>Structure</u>: a computer system with program code for querying available objects for presentation, selecting a magnified object from list of objects, and displaying said magnified object | **Infringement Contentions:** Ex. F, pp. 126-127<br><br>**Invalidity Contentions:** D-1, pp. 59-60; D-2, pp. 52-54; D-3, pp. 112-118; D-4, pp. 51-53. |

| | | | |
|---|---|---|---|
| | overlaying the original image, as described at 8:31-41 & Fig. 8 (steps 800-806); and magnifying audio by adjusting the volume and tone, as described at 8:48-59 & Fig. 9 (steps 900-904). | *See* Fig. 7, Steps 700-708; Fig. 8, Steps 800-802; Fig. 9; and accompanying text. | |
| "magnifying means for magnifying presentation of the information based on the context of the second portion of the information" (claim 39) | Function: magnifying presentation of the information based on the context of the second portion of the information<br><br>Structure: the magnification processes described in the '034 patent, including: magnifying text by changing font size, as described at 8:4-25 & Fig. 7 (steps 704-712); magnifying an image by presenting a larger version of the image in a window overlaying the original image, as described at 8:31-41 & Fig. 8 (steps 800-806); and magnifying audio by adjusting the volume and tone, as described at 8:48-59 & Fig. 9 (steps 900-904). | Function: magnifying presentation of the information based on the context of the second portion of the information<br><br>Structure: a computer system with program code for querying available information for presentation, selecting a magnified portion of information from list of portions of information, and displaying said magnified information<br><br>*See* Fig. 7, Steps 700-708; Fig. 8, Steps 800-802; Fig. 9; and accompanying text. | **Infringement Contentions:** Ex. F, pp. 132-133<br><br>**Invalidity Contentions:** D-1, pp. 82-83; D-2, pp. 69-72; D-3, pp. 157-162; D-4, pp. 70-72. |
| "displaying means for displaying the image using a second bitmap | Function: displaying the image using a second bitmap size | Function: displaying the image using a second bitmap | **Infringement Contentions:** Ex. F, pp. 142, 146 |

| | | | |
|---|---|---|---|
| size having more pixels than the first bit map size" (claim 46) | having more pixels than the first bit map size<br><br>Structure: the process for displaying a larger version of an image in a window overlaying the original image, as described at 8:37-40 & Fig. 8 (steps 804-806) | size having more pixels than the first bit map size<br><br>Structure: a computer system with program code for creating an overlay magnification for the image object and displaying the magnified image object in that window<br><br>*See* Fig. 8, Steps 804-806; and accompanying text. | **Invalidity Contentions:** D-1, pp. 92-93; D-2, pp. 78-80; D-3, pp. 175-176; D-4, pp. 81. |

**U.S. Patent No. 7,496,831**

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM Proposed Constructions | Cross References |
|---|---|---|---|
| "virtual display" (claim 1) | a display onto which the page is projected prior to displaying it to the user | a web browser unit where webpage content is projected by the server for display based on processed language interpretation | **Infringement Contentions:** Ex. G, pp. 8-12, 16-21.<br><br>**Invalidity Contentions:** Ex. E-1, pp. 12-14, 15-20; Ex. E-2, pp. 4-8, 16-29; Ex. E-3, pp. 5-9, 17-31; Ex. E-4, pp. 9-16, 21-36. |
| "determining whether the rendered page falls within a proximity policy" (claim 1) | determining whether the page projected on the virtual display satisfies the minimal spacing criteria between hyperlinks within the projected page | [no construction necessary beyond that for other claim terms] | **Infringement Contentions:** Ex. G, pp. 12-16.<br><br>**Invalidity Contentions:** Ex. E-1, pp. 14-15; Ex. E-2, |

13

| Disputed Claim Term or Phrase | Chewy's Proposed Constructions | IBM Proposed Constructions | Cross References |
|---|---|---|---|
| | | | pp. 8-16; Ex. E-3, pp. 9-17; Ex. E-4, pp. 16-21. |
| "proximity policy" (claims 1-4, 8, 9) | user-defined policy specifying spacing rules for hyperlinks | policy defining spacing rules | **Infringement Contentions:** Ex. G, pp. 12-21, 25-40, 55-62.<br><br>**Invalidity Contentions:** Ex. E-1, pp. 14-25, 27-33; Ex. E-2, pp. 8-29, 32-34; Ex. E-3, pp. 9-31, 35-37, 40-51; Ex. E-4, pp. 16-36, 40-44, 47-56. |
| "reformatting the rendered page to fall within the proximity policy includes at least one of a hypertext markup language (HTML) tag and a cascading style sheet" (claim 2) | indefinite | [no construction necessary] | **Infringement Contentions:** Ex. G, pp 25-30.<br><br>**Invalidity Contentions:** Ex. E-1, p. 21; Ex. E-2, p. 32; Ex. E-3, pp. 35-36; Ex. E-4, pp. 40-41. |