**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHEWY, INC.,

          Plaintiff,

    -against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION,

          Defendant.
------------------------------------------------------------X

21 **CIVIL** 1319 (JSR)

**<u>JUDGMENT</u>**

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated April 11, 2022, Chewy's motion for summary judgment is granted in full and IBM's cross-motion for partial summary judgment is denied. As a result, final judgment is entered in favor of Chewy, declaring that Chewy does not infringe IBM's asserted patent claims and that IBM's counterclaims are all dismissed with prejudice.

**Dated:**  New York, New York

    April 12, 2022

                                         **RUBY J. KRAJICK**

                                       **Clerk of Court**

**BY:**  K. mango

                                        **Deputy Clerk**